IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SHAWN DEVON BLACKMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17CV46 |
| | ) | |
| SGT MICHEAL WOODS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court on April 7, 2017, and notice was served in accordance with 28 U.S.C. § 636(b). [Docs. #5, 6.] Plaintiff filed Objections to the Recommendation within the time limits prescribed by 28 U.S.C. § 636. [Doc. #9.]

The Court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Complaint under 42 U.S.C. § 1983 be dismissed, pursuant to Federal Rule of Civil Procedure 41(b).

A judgment dismissing this action will be filed contemporaneously with this Order.

This the 9th day of January, 2019.

                                                      /s/ N. Carlton Tilley, Jr.
                                            Senior United States District Judge